```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 41386
   ANGELIQUE MOORE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-6906

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 11/08/2004 and was confirmed 01/05/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  12.22% from remaining funds.

     The case was paid in full 11/10/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
-------------------------------------------------------------------------------
KEY BANK USA               SECURED         12075.00      1344.64     12075.00
KEY BANK USA               UNSECURED        6542.05         .00        799.37
INTERNAL REVENUE SERVICE   PRIORITY          562.44         .00        562.44
INTERNAL REVENUE SERVICE   NOTICE ONLY    NOT FILED         .00           .00
ALLIED INTERSTATE INC      UNSECURED     NOT FILED         .00           .00
AT & T BANKRUPCTY          UNSECURED     NOT FILED         .00           .00
AT & T WIRELESS            UNSECURED     NOT FILED         .00           .00
CAPITAL ONE                UNSECURED     NOT FILED         .00           .00
ECAST SETTLEMENT CORP      UNSECURED        1055.79         .00        129.01
MCSI                       UNSECURED         125.00         .00         15.30
MIDLAND CREDIT MANAGEMEN   UNSECURED         441.70         .00         53.97
OLD KENT BANK              UNSECURED     NOT FILED         .00           .00
ONE IRON VENTURE           UNSECURED     NOT FILED         .00           .00
AT & T BANKRUPCTY          UNSECURED        1648.98         .00        201.49
AT & T WIRELESS            UNSECURED         562.33         .00         68.71
TRANSWORLD SYSTEMS         NOTICE ONLY   NOT FILED         .00           .00
TRUELOGIC FINANCIAL CORP   NOTICE ONLY   NOT FILED         .00           .00
VILLAGE OF FOREST PARK     UNSECURED     NOT FILED         .00           .00
VILLAGE OF OAK PARK        UNSECURED     NOT FILED         .00           .00
CITY OF CHICAGO PARKING    UNSECURED         300.00         .00         36.66
COMCAST                    UNSECURED     NOT FILED         .00           .00
DIRECT MERCHANTS           UNSECURED     NOT FILED         .00           .00
CHARMING SHOPPES FASHION   UNSECURED         250.33         .00         30.59
GATEWAY CHEVROLET          UNSECURED     NOT FILED         .00           .00
INTERNAL REVENUE SERVICE   UNSECURED          19.18         .00          2.34
LEEDERS & ASSOCIATES LTD   DEBTOR ATTY      1,994.00                  1,994.00
TOM VAUGHN                 TRUSTEE                                    1,086.48
DEBTOR REFUND              REFUND                                       160.83

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
```

PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 41386 ANGELIQUE MOORE

```
--------------------------------------------------------------------------
TRUSTEE                                    18,560.83

PRIORITY                                                         562.44
SECURED                                                       12,075.00
    INTEREST                                                   1,344.64
UNSECURED                                                      1,337.44
ADMINISTRATIVE                                                 1,994.00
TRUSTEE COMPENSATION                                           1,086.48
DEBTOR REFUND                                                    160.83
                                        ---------------   ---------------
TOTALS                                     18,560.83         18,560.83
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/26/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 04 B 41386 ANGELIQUE MOORE